UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Melissa C. Evans

Plaintiff,

V.                                                    CIVIL ACTION NO.
                                                      10cv2652(RWT)

Mitchell Rubenstein & Associates, P.C.

Defendant.                                            NOVEMBER 11, 2010

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed WITHOUT prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

APPROVED THIS 16th DAY of November, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE